463 A.2d 39

Commonwealth v. Gigliotti, Appellant.

Submitted March 17, 1983. Leonard Rubin, for appellant; Robert B. Lawler, Assistant District Attorney, for Commonwealth, appellee.

Before CERCONE, P.J., ROWLEY and CIRILLO, JJ.

Order affirmed.

463 A.2d 39

Commonwealth v. Haederer, Appellant.

Argued March 9, 1983. Sanford Alan Krevsky, for appellant; William A. Behe, Deputy District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, BECK and MONTEMURO, JJ.

Judgment of sentence affirmed.